# EXHIBIT 15



# ARONBERG
# GOLDGEHN

Aronberg Goldgehn Davis & Garmisa
330 North Wabash Avenue
Suite 1700
Chicago, Illinois 60611-3586
TEL.: 312-828-9600
FAX: 312-828-9635
www.agdglaw.com

CHRISTOPHER J. BANNON
ERIC M. BROWN
HOWARD J. FISHMAN
JAY A. FRANK
WILLIAM J. GARMISA
PAUL A. GILMAN
MITCHELL S. GOLDGEHN
MARY VIDAL HAYS
JERALD B. HOLISKY
ELIZABETH OLEN LAZZARA
NATHAN H. LICHTENSTEIN
MITCHELL J. MELAMED
HENRY M. MORRIS
CYNDE H. MUNZER
BRIAN E. NEUFFER
JOHN M. RICCIONE

NED S. ROBERTSON
BERNARD A. SCHLIFKE
WILLIAM J. SERRITELLA, JR.
ROBERT N. SODIKOFF
BLOOMA STARK
ANDREW S. WILLIAMS
MICHAEL A. ZASLAVSKY

KATHERINE A. ATTEBERY
LISA J. BRODSKY
JILLIAN S. COLE
DAVID C. GOLDSTEIN
JACQUELINE M. HELMRICK
KRISTINE M. KOLKY
ANGELA C. MORRISON
TIMOTHY R. NELSON

JULIE A. NEUBAUER
CHRISTINA B. PEREZ
CHRISTOPHER J. PETELLE
AMY M. RAPOPORT
BRIANNA M. SANSONE

OF COUNSEL
MELVIN A. BLUM
JAMES S. JARVIS, P.C.
STEVEN H. NEMEROVSKI
DAVID H. SACHS

WRITER'S DIRECT DIAL NUMBER:

OUR FILE NUMBER:
37155.28800

January 23, 2012

**VIA FEDERAL EXPRESS AND FIRST CLASS MAIL**

Mr. Angelo Di Paolo
1409 Tuscany Court
Glenview, Illinois 60025

Re: Forbearance Agreement dated as of April 28, 2011 (the "Forbearance Agreement"), by and among Di Paolo Company, A. & D. Leasing Co., River Grove Aggregates, Inc. 4 D's Corporation, Crossings Commercial, LLC, Angelo A. Di Paolo, Di Paolo Group Realty & Development Corporation, Evelynn T. Di Paolo and FirstMerit Bank, N.A. ("Lender")

Dear Angelo:

The following information is being provided to you pursuant to Illinois law.

## GRACE PERIOD NOTICE

YOUR LOAN IS MORE THAN 30 DAYS PAST DUE. YOU MAY BE EXPERIENCING FINANCIAL DIFFICULTY. IT MAY BE IN YOUR BEST INTEREST TO SEEK APPROVED HOUSING COUNSELING. YOU HAVE A GRACE PERIOD OF 30 DAYS FROM THE DATE OF THIS NOTICE TO OBTAIN APPROVED HOUSING COUNSELING. DURING THE GRACE PERIOD, THE LAW PROHIBITS US FROM TAKING ANY LEGAL ACTION AGAINST YOU. YOU MAY BE ENTITLED TO AN ADDITIONAL 30 DAY GRACE PERIOD IF YOU OBTAIN HOUSING COUNSELING FROM AN APPROVED HOUSING COUNSELING AGENCY. A LIST OF APPROVED COUNSELING AGENCIES MAY BE

**PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

MEMBER: LEGAL NETLINK ALLIANCE • AN INTERNATIONAL ALLIANCE OF INDEPENDENT LAW FIRMS



**ARONBERG GOLDGEHN**
*120 YEAR ANNIVERSARY*

January 23, 2012
Page 2

### OBTAINED FROM THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

The Illinois Department of Financial and Professional Regulation has a consumer hotline which you can reach at 1-800-532-8785, or you may visit its website at http://www.idfpr.com. The mortgagee is FirstMerit Bank, N.A., Mr. Thomas Hackett, Senior Vice President, 236 W Lake Street, Bloomingdale, Illinois 60108, 630-622-5925 (phone), 630-295-8399 (fax).

Very truly yours,

ARONBERG GOLDGEHN DAVIS & GARMISA

By: _____
William J. Serritella, Esq.

cc: Jacqueline M. Helmrick, Esq. (via e-mail)
Michael Hayes, Esq. (via e-mail)
Thomas Hackett (via e-mail)
Sherwin J. Malkin, Esq. (via regular mail)

1197065.v1

**PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

MEMBER: LEGAL NETLINK ALLIANCE • AN INTERNATIONAL ALLIANCE OF INDEPENDENT LAW FIRMS