**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

FirstMerit Bank, N.A.
                        Plaintiff,

v.                                            Case No.: 1:12–cv–02355
                                              Honorable Robert M. Dow Jr.

Di Paolo Company, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 7, 2012:

      MINUTE entry before Honorable Robert M. Dow, Jr: Pursuant to Fed.R.Civ.P. 4l(1)(1)(A)(ii), the parties agree [48] to the dismissal of the instant action, without prejudice, pursuant to settlement and each party shall bear its own costs and attorneys' fees incurred in this action. MOTION for summary judgment [43]and Motion to appoint receiver [22] are stricken as moot. Status hearing date of 9/19/2012 is stricken. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.